Report and Order Terminating Probation/Supervised Release

PROB 34
(Rev. 5/01)

F I L E D
Clerk
District Court

JAN 2 3 2006

# UNITED STATES DISTRICT COURT

FOR THE

*District of the Northen Mariana Islands*

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES OF AMERICA

v.

CASTRO, CANDIDO I.

CRIMINAL CASE NO. 99-00052-001

It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on **January 14, 2006**, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
MELINDA N. BRUNSON
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:    AUSA
       Defense Counsel
       File

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 23rd day of _____January_____, 2006

_____
Honorable Alex R. Munson
Chief Judge
U.S. District Court for the
Northern Mariana Islands